UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WALTER SAYLES,

        Petitioner,

   v.

ALAMEDA SUPERIOR COURT,

        Respondent.

Case No. 23-cv-00553-JD

**ORDER RE DISMISSAL**

Petitioner, a state prisoner acting pro se, filed a habeas petition. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and petitioner has not paid the fee or filed a complete application to proceed IFP. The case is dismissed without prejudice. A certificate of appealability is denied.

**IT IS SO ORDERED.**

Dated: May 5, 2023

JAMES DONATO
United States District Judge